NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCISCO V. JIMENEZ, JR.,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3119

---

Petition for review of the Merit Systems Protection Board in No. SF0752120073-I-1.

---

**ON MOTION**

---

**O R D E R**

Francisco V. Jimenez, Jr. moves to dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FRANCISCO JIMENEZ, JR. V. USPS                                    2

FOR THE COURT

 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

Issued As A Mandate:  July 3, 2013